FILED IN
COURT OF CRIMINAL APPEALS

July 29, 2015

ABEL ACOSTA, CLERK

PD-0972-15

PD-0972-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/28/2015 10:23:30 AM
Accepted 7/29/2015 11:11:07 AM
ABEL ACOSTA
CLERK

NO. _____

| | | |
|---|---|---|
| **BRANDON COE** | § | **IN THE COURT OF** |
| | § | |
| **VS.** | § | **CRIMINAL APPEALS** |
| | § | |
| **STATE OF TEXAS** | § | **OF TEXAS** |

## MOTION TO EXTEND TIME TO
## FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUDGES OF SAID COURT:**

Now comes BRANDON COE, Appellant in the above styled and numbered cause, and moves for an extension of time of 30 days to file a petition for discretionary review, and for good cause shows the following:

1. On June 24, 2015, the Court of Appeals affirmed appellant's conviction. BRANDON COE v. State, Cause No. 09-13-00409-CR and 09-13-00410-CR . This petition is therefore due on July 24, 2015.

2. Counsel has been unable to complete the petition for the following reasons: Counsel is a solo practitioner and he has been preparing for trial in other matters.

3. Defendant is currently incarcerated.

**WHEREFORE, PREMISES CONSIDERED**, appellant respectfully requests an extension of 30 days, i.e. until August 23, 2015, to file a petition for discretionary review.

Respectfully submitted,

RUBEN FRANCO JR
406 North Thompson, Suite 204
CONROE, TX 77301
Tel: (936) 441-0204
Fax: (936) 494-4316

By: _____
    RUBEN FRANCO, JR.
    State Bar No. 24040928
    Attorney for BRANDON COE

## CERTIFICATE OF SERVICE

This is to certify that on June 24, 2015, a true and correct copy of the above

and foregoing document was served on the District Attorney's Office, Montgomery

County, by fax.

_____
RUBEN FRANCO, JR.